In the Matter of the Second Intermediate Accounting and Judicial Settlement of the Accounts of WILLIAM S. SILSBY and Another, as Trustees under the Will of- HORACE SILSBY, Deceased, Respondents, etc.   HORACE N. SILSBY, Appellant; KENNETH SILSBY and Others, Respondents.— Decree, so far as appealed from, affirmed, with separate bills of costs to each of the

---

* See Lien Law, § 19, subd. 4.   Since amd. by Laws of 1916, chap. 507.— [REP.

respondents appearing upon this appeal by separate attorneys and filing briefs, payable out of the estate. All concur.